# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:09-CV-1-RLV-DCK

| | |
|---|---|
| ROBIN A. (McCRAIN) GRUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ALLOWING MOTION |
| ) | FOR PRO HAC VICE |
| GROUP LONG TERM DISABILITY LIFE ) | (L.R. 83.1) |
| AND SUPPLEMENTAL LIFE PLAN FOR ) | |
| EMPLOYEES OF HENDRICKS FURNITURE ) | |
| GROUP, LLC; HENDRICKS FURNITURE ) | |
| GROUP, LLC, Administrator of the GROUP ) | |
| LONG TERM DISABILITY LIFE AND ) | |
| SUPPLEMENTAL LIFE PLAN FOR ) | |
| EMPLOYEES OF HENDRICKS FURNITURE ) | |
| GROUP, LLC; and HARTFORD LIFE AND ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

For good cause shown in the foregoing Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that Laura D. Windsor be allowed to appear *pro hac vice* as counsel for Defendants in this action.

Signed: February 11, 2009

David C. Keesler
United States Magistrate Judge